# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., ) | |
|         Plaintiff, ) | Case No.: 2:13-cv-01254-APG-GWF |
| vs. ) | **ORDER** |
| RECOVERY SERVICES NORTHWEST, INC., ) d/b/a CUSTOM RECOVERY, *et al.*, ) | |
|         Defendants. ) | |

This matter is before the Court on the Plaintiff's Motion for Discovery Scheduling Conference or, in the Alternative, for Order Rescheduling Discovery Cutoff and Dispositive Motions (#37) filed on October 16, 2015; Defendant's Opposition (#39) filed November 2, 2015; and Plaintiff's Reply (#42) filed November 12, 2015. The Court conducted a hearing on November 30, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS ORDERED** the following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **March 29, 2016**
2. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **January 29, 2016**
3. Last date to disclose rebuttal experts: **February 29, 2016**
4. Last date to file dispositive motions: **April 28, 2016**

. . .

. . .

. . .

. . .

5. Last date to file joint pretrial order: **May 30, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 30th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge