UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., | ) |
| Plaintiff, | ) Case No.: 2:13-cv-01254-APG-GWF |
| vs. | ) **ORDER** |
| RECOVERY SERVICES NORTHWEST, INC., d/b/a CUSTOM RECOVERY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Compel and for Sanctions (#53), filed on March 23, 2016. Defendant filed an Opposition (#58) on April 6, 2016 and Plaintiff filed a Reply (#60) on April 18, 2016.

Also before the Court is Defendant's Motion for Leave to Serve Pre-Trial Rule 36 Requests for Admission of Facts and Genuineness of Documents (#56), filed on April 4, 2016. Plaintiff filed an Opposition (#62) on April 21, 2016 and Defendant filed a Reply (#65) on May 2, 2016.

The Court conducted a hearing in these matters on May 11, 2016. After considering the papers submitted by the parties, as well as oral argument by counsel, the matters having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel and for Sanctions (#53) is **granted** as follows:

1. Defendant shall provide Plaintiff with Heather Williams' last known physical address, home and cell phone numbers, email addresses, and middle initial if known.
2. Defendant shall produce James Morin for a deposition in his individual capacity as well as in the capacity of Defendant's designated Federal Rule of Civil Procedure

30(b)(6) deponent.  The deposition shall take place at Plaintiff's counsel's office located in Las Vegas, Nevada on either May 25th or 26th, 2016.  The deposition shall be a one (1) day combined deposition of up to seven (7) hours.

3. Plaintiff is awarded sanctions in the form of its reasonable attorney's fees and costs associated with bringing the instant Motion to Compel and for Sanctions.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to Serve Pre-Trial Rule 36 Requests for Admission of Facts and Genuineness of Documents (#56) is **denied**.  Defendant may request Plaintiff to supplement its prior responses to Defendant's Request for Admissions dated February 12, 2014.  If, after the parties have met and conferred, they are unable to resolve any disputes regarding the requested supplementation, Defendant may file a motion to compel.

DATED this 11th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge