# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK, N.A., )
 )
        Plaintiff, )   Case No.: 2:13-cv-01254-APG-GWF
 )
vs. )   **ORDER**
 )
RECOVERY SERVICES NORTHWEST, INC., )
d/b/a CUSTOM RECOVERY, *et al.*, )
 )
        Defendants. )
_____)

      The Court conducted a motions hearing in this matter on May 11, 2016.  Upon consideration, and good cause appearing,

      **IT IS HEREBY ORDERED** that the discovery cutoff deadline is extended to **June 30, 2016**, solely for the purpose of conducting the deposition of Heather Williams.

      **IT IS FURTHER ORDERED** that the dispositive motions deadline is extended to **July 30, 2016**.

      **IT IS FURTHER ORDERED** that the joint pretrial order deadline is extended to **August 30, 2016**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

      DATED this 12th day of May, 2016.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge