Eugene J. Wait, Jr., Esq.
Nevada Bar #1794
WAIT LAW FIRM
305 W. Moana Lane
Suite E, Second Floor
Reno, Nevada  89509
Telephone: (775) 827-5500
Facsimile: (775) 827-6663
ewait@waitlaw.com

Attorney for Defendant
RECOVERY SERVICES NORTHWEST, INC.,
d/b/a CUSTOM RECOVERY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., | Case 2:13-cv-01254-APG-GWF |
| Plaintiff, | |
| v. | |
| RECOVERY SERVICES NORTHWEST, INC., d/b/a CUSTOM RECOVERY, et al., | STIPULATION AND ORDER RE: DEPOSITION OF JAMES MORIN (Second Request) |
| Defendant, | |

Due to an illness connected to his family, Defendant previously requested that the time to conduct James Morin's deposition (Defendant's president) and Defendant's FRCP 30(b)(6) deposition, be extended.  The parties thus previously stipulated to conduct Mr. Morin's deposition and Defendant's FRCP 30(b)(6) deposition by May 30, 2016.  ECF No. 54.

Defendant represents that James Morin is the designee for Defendant's FRCP 30(b)(6) deposition. Plaintiff timely noticed Mr. Morin's deposition in his individual capacity and timely noticed Defendant's FRCP Rule 30(b)(6) deposition. The court then ordered Mr. Morin's depositions to take place simultaneously in both capacities on May 25 or 26, 2016 at Plaintiff counsel's office in Las Vegas. ECF No. 70.

Defense counsel has a scheduling conflict with those dates and has requested Mr. Morin's deposition be moved. Plaintiff agreed to accommodate Defendant's request and conduct the deposition on June 8, 2016. The Court also recently extended the time to conduct the deposition of Heather Williams, who worked for Defendant, through June 30, 2016. ECF No. 71. The extension of Mr. Morin's depositions will thus not interfere with other case deadlines.

This is the parties' second stipulated request to extend the deadline to depose Mr. Morin and Defendant's FRCP 30(b)(6) deposition.

The Parties to the above entitled action, by their undersigned counsel of record, therefore mutually request the Court extend the time to conduct Mr. Morin's deposition in his individual capacity and as Defendant's FRCP 30(b)(6) deposition to June 8, 2016, when such deposition shall take place. The

deposition shall take place at the law offices of HOLLAND & HART, LLP, 9555 Hillwood Drive, 2nd floor, Las Vegas, Nevada, 89134, for a maximum total duration of seven (7) hours of record testimony.

Dated: May 20, 2016.

                HOLLAND & HART, LLP
                9555 Hillwood Drive
                2nd Floor
                Las Vegas, Nevada 89134

                By  __/s/ Ryan A. Loosvelt__
                    Ryan A. Loosvelt, Esq.
                    Nevada Bar #8550

                Attorney for Plaintiff
                U.S. BANK, N.A.

                WAIT LAW FIRM

                By: __//s//  Eugene J. Wait, Jr.__
                    Eugene J. Wait, Jr.
                    Nevada Bar #1794

                Attorney for Defendant
                RECOVERY SERVICES NORTHWEST, INC., d/b/a CUSTOM RECOVERY

## ORDER

IT IS SO ORDERED.

*/s/ George Foley Jr.*
U.S. MAGISTRATE JUDGE

Dated: May 24, 2016.