UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>RECOVERY SERVICES NORTHWEST, INC.,<br>d/b/a CUSTOM RECOVERY, *et al.*,<br><br>    Defendants. | Case No.: 2:13-cv-01254-APG-GWF<br><br>**ORDER** |

  This matter is before the Court on Defendant's Motion for Judicial Notice (#61), filed on April 20, 2016.  Plaintiff filed an Opposition (#66) on May 9, 2016 and Defendant filed a Reply (#72) on May 19, 2016.

  Defendant's standalone motion requests that the Court take judicial notice of the adjudicative facts in four documents filed in the United States District Court for the District of Nevada, Case No. 2:11-cv-01055-JCM-CWH ("Underlying Action") because they are relevant to this action.  As Plaintiff points out in its response, Defendant's motion does not explain for what purpose judicial notice is sought as it does not accompany another request or relief, such as a motion to dismiss or a motion for summary judgment.  Without more than a blanket statement that these documents are relevant, the Court cannot and will not discern the necessity of judicial notice absent a corresponding motion for relief.  Accordingly,

  **IT IS HEREBY ORDERED** that Defendant's Motion for Judicial Notice (#61) is **denied** without prejudice.

  DATED this 24th day of May, 2016.

                 *George Foley Jr.*
                 GEORGE FOLEY, JR.
                 United States Magistrate Judge