# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK, N.A.,

        Plaintiff,

vs.

RECOVERY SERVICES NORTHWEST, INC., d/b/a CUSTOM RECOVERY, *et al.*,

        Defendants.

Case No.: 2:13-cv-01254-APG-GWF

**ORDER**

        This matter is before the Court on Plaintiff's Motion to Strike Defendant's Memorandum of Issues for Hearing (ECF No. 94), filed on August 26, 2016. Upon review and consideration, and with good cause appearing therefor,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant's Memorandum of Issues for Hearing (ECF No. 94) is **granted**.

        **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to strike Defendant's Memorandum of Issues for Hearing (ECF No. 93) from the record.

        DATED this 31st day of August, 2016.

        _____
        GEORGE FOLEY, JR.
        United States Magistrate Judge