AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**DISTRICT OF** Nevada

US Bank, NA

　　　　　　　　　Plaintiff,

V.

Recovery Services Northwest, Inc.

　　　　　　　　　Defendant.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:13-cv-01254-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　　IT IS ORDERED AND ADJUDGED

that Defendant Custom Recovery shall pay Plaintiff U.S. Bank attorneys' fees (including paralegal fees) in the amount of $27,688.57 and costs in the amount of $1,374.60 for a total of $29,063.17. Defendant is ordered to make the payment to Plaintiff by 4/6/2017.

March 7, 2017　　　　　　　　　　　　　　　　/s/ Debra K. Kempi

Date　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　/s/ S. Denson

　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk