# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>RECOVERY SERVICES NORTHWEST, INC., d/b/a CUSTOM RECOVERY, *et al.*, <br><br>　　　　　　Defendants. | Case No.:  2:13-cv-01254-APG-GWF <br><br>**ORDER** |

　　　This matter is before the Court on Eugene Wait's Motion to Withdraw as Counsel for Recovery Services Northwest, Inc. (ECF No. 154), filed March 10, 2017.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, the movant substantially establishes good cause for the withdrawal.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Eugene Wait's Motion to Withdraw as Counsel for Recovery Services Northwest, Inc. (ECF No. 154) is **granted**.

　　　**IT IS FURTHER ORDERED** that Recovery Services Northwest, Inc. must retain new counsel if it intends to continue to litigate this matter.  A corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  Recovery Services Northwest, Inc. shall have until **April 11, 2017**, to obtain new counsel and advise the Court of the same.

　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

　　　1.　　add the last known address of Recovery Services Northwest, Inc. to the civil docket:

　　　　　**Recovery Services Northwest, Inc. d/b/a Custom Recovery**
　　　　　**c/o James Morin**
　　　　　**118 North Stone Street**
　　　　　**Spokane, WA 99202**

. . .

2.    serve Recovery Services Northwest, Inc. with a copy of this order at its last known addresses listed above.

DATED this 27th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge