# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

U.S. Bank, N.A.

                 Plaintiff,

V.

Recovery Services Northwest, Inc., et al.,

**JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE**

Case Number: 2:13-cv-01254-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff U.S. Bank, N.A. and against Defendant Recovery Services Northwest, Inc. in the amount of $235,919.87 in attorney's fees.

December 13, 2017  
Date

/s/ Debra K. Kempi  
Clerk

/s/ S. Denson  
(By) Deputy Clerk